### 27797. WORLEY et al. v. SOUTHERNAIRE CORPORATION.

NICHOLS, Justice. This is a companion appeal involving the same litigation as *Southernaire Corp. v. Worley,* 230 Ga. 486. After summary judgment was granted the defendants, such judgment was stayed for a period of sixty days. After the notice of appeal had been filed, the plaintiffs sought and obtained from the trial court a supersedeas during appeal. The defendants appealed and the sole enumeration of error complains of the grant of supersedeas after the notice of appeal was filed. *Held:*

1. While in a civil action the trial court loses jurisdiction

upon the filing of a notice of appeal (*Aetna Cas. &c. Co. v. Bullington,* 227 Ga. 485 (1) (181 SE2d 495)), yet in an injunction case the trial court is empowered to suspend or modify the injunction after a notice of appeal is filed (*Stephens v. Geise,* 226 Ga. 639 (176 SE2d 923)), and the grant of the supersedeas in the present case shows no error.

*Judgment affirmed. All the Justices concur.*

ARGUED MARCH 12, 1973 — DECIDED APRIL 13, 1973.

*Heard, Leverett & Adams, E. Freeman Leverett,* for appellants.

*Lavender & Cunningham, Woodrow W. Lavender, Fred F. Cunningham,* for appellee.